# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0304

_____

ALBERT T. OWENS, JR,

Appellant,

v.

R. LINBLADE, et al.,

Appellees.

_____

On appeal from the County Court for Leon County.
Monique Renee Richardson, Judge.

April 8, 2026

PER CURIAM.

AFFIRMED.

RAY, WINOKUR, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Albert T. Owens, Jr, pro se, Appellant.

James Uthmeier, Attorney General, and Claudia Humphrey, Assistant Attorney General, Tallahassee, for Appellees.